UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FOURTEK TEKNOLOJI VE GUVENLIK
SISTEMLERI, A.S., d/b/a FOURTEK
TECHNOLOGY AND SECURITY SYSTEMS, INC.,

                Plaintiff,

   - against -

GSI-ORIENT, INC.,

                Defendant.
-------------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
19-CV-3555 (RRM) (CLP)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

      In a report and recommendation dated February 26, 2020, (the "R&R"), Chief Magistrate Judge Cheryl L. Pollak recommended that the court enter a default judgment in favor of plaintiff Fourtek Teknoloji ve Guvenlik Sistemleri, A.S., d/b/a Fourtek Technology and Security Systems, Inc., and against defendant GSI-Orient, Inc., in the amount of $275,872.11, plus pre-judgment interest. Chief Magistrate Judge Pollack advised the parties that they had 14 days from the date of that R&R in which to file objections. The R&R was electronically served on plaintiff's attorneys and mailed to defendant on February 26, 2020. To date, neither party has filed an objection to the R&R.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

      ORDERED that the R&R is adopted in its entirety and the Clerk of Court is respectfully directed to enter judgment in favor of plaintiff and against defendant in the amount of $275,872.11, plus interest in the amount of $68.02 per day from July 19, 2018, until the date of

judgment.  The Clerk of Court is further directed to mail a copy of the judgment and this Order to defendant, to note that mailing on the docket, and to close this case.

                                                    SO ORDERED.

Dated:  Brooklyn, New York  
         May 18, 2020

*Roslynn R. Mauskopf*  
_____  
ROSLYNN R. MAUSKOPF  
Chief United States District Judge